394 A.2d 622

Industrial Valley Bank & Trust Co. v. Driscoll et ux., Appellants.

Argued June 16, 1978.  Edward Jay Weiss, for appellants; Roderick D. Mathewson, for appellee.

Orders affirmed.